# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jennifer M. Cabrera-Agostini<br>Jose C. Agostini Jr.<br>Debtor(s) | BK NO. 22-01887 MJC<br><br>Chapter 7 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Aurora Financial Group, Inc and index same on the master mailing list.

                                Respectfully submitted,

                                /s/ **Brian C. Nicholas**
                                Brian Nicholas
                                06 Oct 2022, 12:32:52, EDT

                                KML Law Group, P.C.
                                BNY Mellon Independence Center
                                701 Market Street, Suite 5000
                                Philadelphia, PA  19106
                                215-627-1322