United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Jose C. Agostini, Jr.  
Jennifer M. Cabrera-Agostini  
    Debtors

Case No. 22-01887-MJC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Nov 21, 2022      Form ID: pdf010      Total Noticed: 33

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Jose C. Agostini, Jr., Jennifer M. Cabrera-Agostini, 109 Avenue M, Matamoras, PA 18336-1411 |
| 5498534 | Amy S. Turner Tax Collector, 205 Avenue N, Matamoras, PA 18336-1419 |
| 5498535 | Apria Health Care Services, 400 Executive Blvd, Elmsford, NY 10523-1238 |
| 5498537 | Bank of America, PO Box 17232, Wilmington, DE 19850-7232 |
| 5498538 | Bon Secours Community Hospital, PO Box 742791, Atlanta, GA 30374-2791 |
| 5498545 | Crystal Run Ambulatory, 95 Crystal Run Rd, Middletown, NY 10941-7001 |
| 5498547 | Five Star Bank, 220 Liberty St, Warsaw, NY 14569-1465 |
| 5498550 | Home Depot Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 5498554 | Matamoras Municipal Authority, 304 Pennsylvania Ave, Matamoras, PA 18336-1618 |
| 5498556 | Pike County Light & Power, PO Box 1109, Milford, PA 18337-2109 |
| 5498558 | Roundpoint Mortgage Servicing, PO Box 674150, Dallas, TX 75267-4150 |
| 5498560 | Scheiger Dermatology, PO Box 5257, New York, NY 10008-5257 |
| 5498561 | Specialized Loan Servicing, PO Box 60535, City of Industry, CA 91716-0535 |
| 5498562 | The TJX Rewards, PO Box 530949, Atlanta, GA 30353-0949 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: rmscedi@recoverycorp.com | Nov 21 2022 18:54:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5498543 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 21 2022 18:45:00 | COMMENITY-TORRID, PO Box 182273, Columbus, OH 43218-2273 |
| 5498539 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 21 2022 18:53:50 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 5498540 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 21 2022 18:53:59 | Capital One Bank (USA) N.A., PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5498541 | Email/PDF: gecsedi@recoverycorp.com | Nov 21 2022 18:53:59 | Care Credit, PO Box 960061, Orlando, FL 32896-0061 |
| 5498542 | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 21 2022 18:53:52 | Citi Cards, PO Box 70166, Philadelphia, PA 19176-0166 |
| 5498544 | Email/PDF: creditonebknotifications@resurgent.com | Nov 21 2022 18:53:51 | Credit one Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 5498546 | Email/Text: jaxbanko@td.com | Nov 21 2022 18:45:00 | Daimler Chrysler Financial Svces., PO Box 2993, Milwaukee, WI 53201-2993 |
| 5498548 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 21 2022 18:54:09 | Home Depot Credit Service, PO Box 70600, Philadelphia, PA 19176-0600 |
| 5498549 | Email/PDF: gecsedi@recoverycorp.com | | |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 21 2022 18:53:59 | Home Depot Credit Services, 2455 Paces Ferry Rd SE, Atlanta, GA 30339-6444 |
| 5498551 | | Email/PDF: gecsedi@recoverycorp.com | Nov 21 2022 18:53:59 | JC Penney, PO Box 960090, Orlando, FL 32896-0090 |
| 5498552 | | Email/PDF: gecsedi@recoverycorp.com | Nov 21 2022 18:53:59 | JC Penny, PO Box 960090, Orlando, FL 32896-0090 |
| 5498533 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 21 2022 18:54:06 | Amazon Prime Card, PO Box 1423, Charlotte, NC 28201-1423 |
| 5498553 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 21 2022 18:46:00 | Kay Jewelers, PO Box 23013, Columbus, GA 31902-3013 |
| 5498555 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 21 2022 18:53:50 | OLLO Card Services, PO Box 660371, Dallas, TX 75266-0371 |
| 5498557 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 21 2022 18:54:08 | Portfolio Recovery, PO Box 12914, Norfolk, VA 23541-0914 |
| 5498559 | | Email/PDF: gecsedi@recoverycorp.com | Nov 21 2022 18:53:59 | SAMS Club, PO Box 960013, Orlando, FL 32896-0013 |
| 5498854 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 21 2022 18:53:50 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5498563 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 21 2022 18:53:50 | Walmart Capital One, PO Box 71087, Charlotte, NC 28272-1087 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5499643 | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, c/o, McCabe, Weisberg & Conway, LLC, 123 S. Broad St |
| 5498536 | ##+ | ARStrat, LLC., 9800 Centre Pkwy, Houston, TX 77036-8263 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2022　　　　　　　　　Signature:　　　/s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Aurora Financial Group INC bnicholas@kmllawgroup.com |

| | |
|---|---|
| John Arpad Poka | on behalf of Debtor 1 Jose C. Agostini Jr. jpoka@optonline.net |
| John Arpad Poka | on behalf of Debtor 2 Jennifer M. Cabrera-Agostini jpoka@optonline.net |
| John J Martin (Trustee) | pa36@ecfcbis.com trusteemartin@martin-law.net |
| Marisa Myers Cohen | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRU ST 2005-85CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005- 85CB ecfmail@mwc-law.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Jose C. Agostini, Jr.

Debtor 1

Jennifer M. Cabrera-Agostini

Debtor 2

Chapter: 7
Case No.: 5:22-bk-01887-MJC

ORDER DISMISSING CASE

It appearing that the above named Debtors have failed to file the documents listed below, required pursuant to 11 U.S.C. §521 and Bankruptcy Rule 1007:

**Employee Income Records or Certificate of No Payment Advices**

**IT IS HEREBY, ORDERED** that the case of the above named Debtors be and is hereby dismissed. The Trustee hereby is discharged from further responsibility in this case, and it is further

**ORDERED** that all pending actions in this case are hereby dismissed.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: November 18, 2022