## LOCAL BANKRUPTCY FORM 1007-1(c)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

JOSE C. AGOSTINI, JR.

JENNIFER M. CABRERA-AGOSTINI

                            :   CHAPTER __7__
                            :
                            :   CASE NO. _5_ - _22_ -bk- _01887_
                            :
                            :
                            :
**Debtor(s)**              :

## CERTIFICATION OF NO PAYMENT ADVICES
## pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)

I, _Jennifer M. Cabrera-Agostini_ , hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), **from any source of employment**. I further certify that I received no payment advices during that period because:

☐ I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☐ I have received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☐ My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.

☐ I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☑ I did not receive payment advices due to factors other than those listed above. (Please explain) I am a stay home mother and housewife, with four children and two are uder age.

I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

DATE: _November 29, 2022_

/s/Jose C. Agostini, Jr.

Debtor

/s/ Jennifer M. Cabrera-Agostini

Joint Debtor