UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSE C. AGOSTINI, JR. : CHAPTER 7
JENNIFER M. CABRERA-AGOSTINI : BR. CS. 22-01887MJC
:
DEBTORS :

### CERTIFICATE OF SERVICE

I, Juanita Poka, the undersigned, certify that I served or caused to be served, on the 6th day of December, 2022, a true and correct copy of fully executed Order Reinstating the Chapter 7 Case, upon the following party at the address shown below via first class mail, postage prepaid.

The following address has been updated from Arstrat, LLC, 9800 Centre Pkwy. Houston TX 77036-8263, to:

ARStrat, LLC.
14141 Southwest Freeway Ste. 300,
Sugar Land, TX 77478.

Respectfully submitted,

/s/ *Juanita. Poka*, Legal Administrator
509 Broad Street
Milford, Pa. 18337
Atty. ID. 58369
Tel. 570-296-5297
thepokalaw@gmail.com

Date: December 6, 2022

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSE C. AGOSTINI, JR.                  :      CHAPTER 7
JENNIFER M. CABRERA-AGOSTINI    :      CASE NO: 5-22-bk-01887-MJC

                DEBTORS               :

## ORDER REINSTATING CHAPTER 7 CASE

**UPON CONSIDERATION** of Debtors' Motion to Reinstate their Chapter 7 Case in order to file the Debtor's Spouse's Certification of No Payment Advice, Dkt. # 23 ("Motion"), it is hereby

**ORDERED** that Debtors' Motion is **GRANTED** and that the Order Dismissing Case entered on November 18, 2022 is hereby Vacated and the above captioned Bankruptcy Case is **REINSTATED**.

By the Court,

_/s/ Mark J. Conway_
Mark J. Conway, Bankruptcy Judge
Dated: December 2, 2022