UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSE C. AGOSTINI, JR. : CHAPTER 7
JENNIFER M. CABRERA-AGOSTINI : BR. CS. 22-01887MJC
:
DEBTORS :

## CERTIFICATE OF SERVICE

I, Juanita Poka, the undersigned, certify that I served or caused to be served, on the 6th day of December, 2022, a true and correct copy of fully executed Order Reinstating the Chapter 7 Case, upon the following party at the address shown below via first class mail, postage prepaid.

The following address has been updated from The Bank of New York Mellon FKA The Bank of New York c/o McCabe, Weisberg & Conway, LLC , 123 S. Broad St., to:

> The Bank of New York Mellon FKA
> The Bank of New York
> c/o McCabe, Weisberg & Conway, LLC
> 123 S. Broad St.
> Philadelphia, PA 19109

Respectfully submitted,

/s/ *Juanita. Poka*, Legal Administrator
509 Broad Street
Milford, Pa. 18337
Atty. ID. 58369
Tel.570-296-5297
thepokalaw@gmail.com

Date: December 6, 2022

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSE C. AGOSTINI, JR. : CHAPTER 7
JENNIFER M. CABRERA-AGOSTINI : CASE NO: 5-22-bk-01887-MJC
:
DEBTORS :

## ORDER REINSTATING CHAPTER 7 CASE

**UPON CONSIDERATION** of Debtors' Motion to Reinstate their Chapter 7 Case in order to file the Debtor's Spouse's Certification of No Payment Advice, Dkt. # 23 ("Motion"), it is hereby

**ORDERED** that Debtors' Motion is **GRANTED** and that the Order Dismissing Case entered on November 18, 2022 is hereby Vacated and the above captioned Bankruptcy Case is **REINSTATED.**

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: December 2, 2022