**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

|                                    |   |                      |
|------------------------------------|---|----------------------|
|                                    |   | CHAPTER 7            |
| JOSE C. AGOSTINI, JR.              | : | BR. CS. 22-01887MJC  |
| JENNIFER M. CABRERA-AGOSTINI       | : |                      |
|                                    | : |                      |
| DEBTORS                            | : |                      |

## CERTIFICATE OF SERVICE

I, Juanita Poka, the undersigned, certify that I served or caused to be served, on the 12th day of December, 2022, a true and correct copy of fully executed Order Reinstating the above case, upon each of the following persona and parties in interest at the address shown below via first class mail, postage prepaid, and/or electronic notification via the Court's ecf system. .

### Recipients of Notice of Electronic Mailing   12/12/2022

United States Trustee
**ustregion03.ha.edf@usdoj.gov**

John J. Martin(Trustee)
**pa36@ecfcbis.com**

Brian Nicholas
**bnicholas@kmllawgroup.com**

Marisa Myers Cohen
**ccfmail@mwc-law.com**

### Via First Class Mail  12/12/2022

Amazon Prime Card
PO Box 1423
Charlotte, NC 28201-1423

Amy S. Turner Tax Collector
205 Avenue N
Matamoras, PA 18336-1419

1

Apria Health Care Services
400 Executive Blvd
Elmsford, NY 10523-1238

Bank of America
PO Box 17232
Wilmington, DE 19850-7232

Bon Secours Community Hospital
PO Box 742791
Atlanta, GA 30374-2791

Capital One
PO Box 71083
Charlotte, NC 28272-1083

Capital One Bank (USA) N.A.
PO Box 30281
Salt Lake City, UT 84130-0281

Care Credit
PO Box 960061
Orlando, FL 32896-0061

Citi Cards
PO Box 70166
Philadelphia, PA 19176-0166

COMMENITY-TORRID
PO Box 182273
Columbus, OH 43218-2273

Credit one Bank
PO Box 60500
City of Industry, CA 91716-0500

Crystal Run Ambulatory
95 Crystal Run Rd
Middletown, NY 10941-7001

Daimler Chrysler Financial Svcs.
PO Box 2993
Milwaukee, WI 53201

Five Star Bank
220 Liberty St
Warsaw, NY 14569-1465

Home Depot Credit Service
PO Box 70600
Philadelphia, PA 19019-0600

Home Depot Credit Services
2455 Paces Ferry Rd SE
Atlanta, GA 30339-6444

Home Depot Services
PO Box 790328
Saint Louis, MO 63179-0328

JC Penney
PO Box 960090
Orlando, FL 32896-0090

JC Penny
PO Box 960090
Orlando, FL 32896-0090

Kay Jewelers
PO Box 23013
Columbus, GA 31902-3013

Matamoras Municipal Authority
304 Pennsylvania Ave
Matamoras, PA 18336-1618

OLLO Card Services
PO Box 660371
Dallas, TX 75266-0371

Pike County Light & Power
PO Box 1109
Milford, PA 18337-2109

Portfolio Recovery
PO Box 12914
Norfolk, VA 23541-0914

Round Point Mortgage Servicing
PO Box 674150
Dallas, TX 75267-4150

SAMS Club
PO Box 960013
Orlando, FL 32896-0013

Schweiger Dermatology
PO Box 5257
New York, NY 10008-5257

Specialized Loan Servicing
PO Box 60535
City of Industry, CA 91716-0535

The TJX Rewards
PO Box 530949
Atlanta, GA 30353-0949

Walmart Capital One
PO Box 71087
Charlotte, NC 28272-1087

**First Class Mail 12/6/2022**

ARStrat, LLC.
9800 Centre Pkwy
Houston, TX 77036-8271

The Bank of New York Mellon FKA
The Bank of New York
c/o McCabe, Weisberg & Conway, LLC
123 S. Broad St.
Philadelphia, PA 19109

/s/Juanita Poka, Administrator
JOHN A. POKA, Attorney at Law
509 Broad Street
Milford, PA 18337
Tel.570-296-5297

December 12, 2022

4


## BR Case. No. 22-01187
1 message

**JOHN POKA** <pokalaw@gmail.com>                              Mon, Dec 12, 2022 at 1:55 PM
To: "ustpregion02.pkecf" <ustpregion03.ha.ecf@usdoj.gov>, pa36@ecfcbis.com, bnicholas@kmlawgroup.com, ccfmail@mwc-law.com

Chapter 7
Jose C. Agostini, Jr. & Jennfer M. Cabrera-Agostini
Dear Sir/Madam:

Please see attached fully executed Order Reinstating the above case.
Thank You
Juanita Poka Legal Administrator

--
**JOHN A. POKA, ATTORNEY AT LAW**
**103 Steven Ct.**
**Monroe, NY 10950**
**Tel. 845-782-4587**
**    845-721-9241**
**Fax.845-831-1182**

**509 Broad St.**
**Milford, PA 18337**
**Tel. 570-296-LAWS (5297)**
**Fax.845-831-1182**

-----------------------------------------------------------------------------------------------------
The information contained in this email message is intended only for the personal and confidential use of the designated recipient named above. This message may contain confidential student or personnel data or an attorney-client communication and as such privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this message and any attached documents in error, that any review, dissemination, distribution, or copying of the message and documents is strictly prohibited. If you have received this message in error, please notify us by telephone immediately at (845)782-4587 or (570)296-5297 and delete the message and any accompanying documents.

    📄 **12.5.2022.signed.order.case.reinstated.agostini.pdf**
    1593K

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHAPTER 7

JOSE C. AGOSTINI, JR.                    :          CASE NO: 5-22-bk-01887-MJC
JENNIFER M. CABRERA-AGOSTINI             :
                                         :
        DEBTORS                          :


## ORDER REINSTATING CHAPTER 7 CASE

**UPON CONSIDERATION** of Debtors' Motion to Reinstate their Chapter 7 Case in

order to file the Debtor's Spouse's Certification of No Payment Advice, Dkt. # 23

("Motion"), it is hereby

        **ORDERED** that Debtors' Motion is **GRANTED** and that the Order Dismissing Case

entered on November 18, 2022 is hereby Vacated and the above captioned Bankruptcy Case is

**REINSTATED.**


                                         By the Court,



                                         _____
                                         Mark J. Conway, Bankruptcy Judge
                                         Dated: December 2, 2022

John Arpad Poka

on behalf of Debtor 1 Jose C. Agostini Jr. jpoka@optonline.net

John Arpad Poka

on behalf of Debtor 2 Jennifer M. Cabrera-Agostini jpoka@optonline.net

John J Martin (Trustee)

pa36@ecfcbis.com trusteemartin@martin-law.net

Marisa Myers Cohen

on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE
CERTIFICATE HOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-85CB, MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2005- 85CB ecfmail@mwc-law.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

Case 5:22-bk-01887-MJC    Doc 29    Filed 12/12/22    Entered 12/12/22 14:51:02    Desc
Case 5:22-bk-01887-MJC    Doc 28    Filed 12/04/22    Entered 12/05/22 00:22:58    Desc
Main Document    Page 7 of 7