| | |
|---|---|
| In re: | Case No. 22-01887-MJC |
| Jose C. Agostini, Jr. | Chapter 7 |
| Jennifer M. Cabrera-Agostini | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Jan 13, 2023 | Form ID: 318 | Total Noticed: 35 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Jose C. Agostini, Jr., Jennifer M. Cabrera-Agostini, 109 Avenue M, Matamoras, PA 18336-1411 |
| 5498534 | | Amy S. Turner Tax Collector, 205 Avenue N, Matamoras, PA 18336-1419 |
| 5498535 | | Apria Health Care Services, 400 Executive Blvd, Elmsford, NY 10523-1238 |
| 5498537 | | Bank of America, PO Box 17232, Wilmington, DE 19850-7232 |
| 5498538 | | Bon Secours Community Hospital, PO Box 742791, Atlanta, GA 30374-2791 |
| 5498545 | | Crystal Run Ambulatory, 95 Crystal Run Rd, Middletown, NY 10941-7001 |
| 5498547 | | Five Star Bank, 220 Liberty St, Warsaw, NY 14569-1465 |
| 5498550 | | Home Depot Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 5498554 | | Matamoras Municipal Authority, 304 Pennsylvania Ave, Matamoras, PA 18336-1618 |
| 5498556 | | Pike County Light & Power, PO Box 1109, Milford, PA 18337-2109 |
| 5498558 | | Roundpoint Mortgage Servicing, PO Box 674150, Dallas, TX 75267-4150 |
| 5498560 | | Scheiger Dermatology, PO Box 5257, New York, NY 10008-5257 |
| 5498561 | | Specialized Loan Servicing, PO Box 60535, City of Industry, CA 91716-0535 |
| 5499643 | + | THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK, c/o McCabe Weisberg & Conway LLC, 123 S Broad St, Philadelphia, PA 19109-1029 |
| 5498562 | | The TJX Rewards, PO Box 530949, Atlanta, GA 30353-0949 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Jan 13 2023 23:54:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5498536 | | Email/Text: Bankruptcy@arstrat.com | Jan 13 2023 18:55:00 | ARStrat LLC, 14141 Southwest Freeway, Suite 300, Sugar Land, TX 77478 |
| 5498543 | | EDI: WFNNB.COM | Jan 13 2023 23:54:00 | COMMENITY-TORRID, PO Box 182273, Columbus, OH 43218-2273 |
| 5498539 | | EDI: CAPITALONE.COM | Jan 13 2023 23:54:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 5498540 | | EDI: CAPITALONE.COM | Jan 13 2023 23:54:00 | Capital One Bank (USA) N.A., PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5498541 | | EDI: RMSC.COM | Jan 13 2023 23:54:00 | Care Credit, PO Box 960061, Orlando, FL 32896-0061 |
| 5498542 | | EDI: CITICORP.COM | Jan 13 2023 23:54:00 | Citi Cards, PO Box 70166, Philadelphia, PA 19176-0166 |
| 5498544 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 13 2023 19:00:10 | Credit one Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 5498546 | | EDI: LCITDAUTO | Jan 13 2023 23:54:00 | Daimler Chrysler Financial Svces., PO Box 2993, Milwaukee, WI 53201-2993 |
| 5498548 | + | EDI: CITICORP.COM | Jan 13 2023 23:54:00 | Home Depot Credit Service, PO Box 70600, Philadelphia, PA 19176-0600 |

| | | | | |
|---|---|---|---|---|
| 5498549 | | EDI: RMSC.COM | Jan 13 2023 23:54:00 | Home Depot Credit Services, 2455 Paces Ferry Rd SE, Atlanta, GA 30339-6444 |
| 5498551 | | EDI: RMSC.COM | Jan 13 2023 23:54:00 | JC Penney, PO Box 960090, Orlando, FL 32896-0090 |
| 5498552 | | EDI: RMSC.COM | Jan 13 2023 23:54:00 | JC Penny, PO Box 960090, Orlando, FL 32896-0090 |
| 5498533 | | EDI: JPMORGANCHASE | Jan 13 2023 23:54:00 | Amazon Prime Card, PO Box 1423, Charlotte, NC 28201-1423 |
| 5498553 | | EDI: PHINGENESIS | Jan 13 2023 23:54:00 | Kay Jewelers, PO Box 23013, Columbus, GA 31902-3013 |
| 5498555 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 13 2023 19:00:08 | OLLO Card Services, PO Box 660371, Dallas, TX 75266-0371 |
| 5498557 | | EDI: PRA.COM | Jan 13 2023 23:54:00 | Portfolio Recovery, PO Box 12914, Norfolk, VA 23541-0914 |
| 5498559 | | EDI: RMSC.COM | Jan 13 2023 23:54:00 | SAMS Club, PO Box 960013, Orlando, FL 32896-0013 |
| 5498854 | + | EDI: RMSC.COM | Jan 13 2023 23:54:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5498563 | | EDI: CAPITALONE.COM | Jan 13 2023 23:54:00 | Walmart Capital One, PO Box 71087, Charlotte, NC 28272-1087 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 15, 2023      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Aurora Financial Group INC bnicholas@kmllawgroup.com |
| John Arpad Poka | on behalf of Debtor 1 Jose C. Agostini Jr. jpoka@optonline.net |
| John Arpad Poka | on behalf of Debtor 2 Jennifer M. Cabrera-Agostini jpoka@optonline.net |

| | |
|---|---|
| John J Martin | pa36@ecfcbis.com trusteemartin@martin-law.net |
| Marisa Myers Cohen | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRU ST 2005-85CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005- 85CB ecfmail@mwc-law.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Jose C. Agostini Jr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5091<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | Jennifer M. Cabrera–Agostini<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3725<br>EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:22–bk–01887–MJC | |

# Order of Discharge                                                                                                       12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jose C. Agostini Jr.                              Jennifer M. Cabrera–Agostini

**By the court:**

1/13/23                                           _(signature)_

                                                  Mark J. Conway, United States
                                                  Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2