| In re: | Case No. 22-01887-MJC |
|---|---|
| Jose C. Agostini, Jr. | Chapter 7 |
| Jennifer M. Cabrera-Agostini | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jan 23, 2023 | Form ID: fnldec | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Jose C. Agostini, Jr., Jennifer M. Cabrera-Agostini, 109 Avenue M, Matamoras, PA 18336-1411 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Aurora Financial Group INC bnicholas@kmllawgroup.com |
| John Arpad Poka | on behalf of Debtor 1 Jose C. Agostini Jr. jpoka@optonline.net |
| John Arpad Poka | on behalf of Debtor 2 Jennifer M. Cabrera-Agostini jpoka@optonline.net |
| John J Martin | pa36@ecfcbis.com trusteemartin@martin-law.net |
| Marisa Myers Cohen | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRU ST 2005-85CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005- 85CB ecfmail@mwc-law.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Jose C. Agostini Jr., | Chapter 7 |
| **Debtor 1** | |
| | Case No. 5:22−bk−01887−MJC |
| Jennifer M. Cabrera−Agostini, | |
| **Debtor 2** | |

Social Security No.:
          xxx−xx−5091       xxx−xx−3725

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**John J Martin**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

By the Court,

*/s/ Mark J. Conway*

Mark J. Conway, United States Bankruptcy Judge

Dated: January 23, 2023

**fnldec** (01/22)